IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HARRY G. SCHMIDT, JR.,

    Plaintiff,

v.

OSHKOSH CORRECTIONAL INSTITUTION,
NANCY BOWENS and
CHRISTINE FOWLER,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-30-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) dismissing Oshkosh Correctional Institution; and

(2) granting summary judgment in favor of Nancy Bowens and Christine Fowler and dismissing this case.

/s/                                            2/5/2018

Peter Oppeneer, Clerk of Court                 Date