# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

HARRY G SCHMIDT Jr,
        Plaintiff,

v                                                     Case No.: 16-CV-30

NANCY BOWENS, et al,
        Defendant

## NOTICE OF APPEAL

Notice is hereby given that HARRY SCHMIDT, Plaintiff, in the above captioned case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an Order. The Motion for Summary Judgment in favor of Defendants' entered on February 2nd 2018.

Dated on this 27 day of February, 2018

Plaintiff, *pro se*

HARRY SCHMIDT
OSCI
PO Box 3310
Oshkosh WI 54903-3310